UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. ESPINOSA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-2881 KJM GGH PS<br><br><br>ORDER |

　　　　Plaintiff has requested that this action be dismissed. Defendants have not yet been served. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

　　　　Accordingly, the Clerk of Court shall close this case.

Dated: February 24, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Espinosa2881.59

1